**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHAWN K.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2:25-cv-01181** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | **Magistrate Judge Chelsey M. Vascura** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Stipulation, which the Court construes as a Joint Motion for an Award of Attorney's Fees under the Equal Access to Justice Act. (ECF No. 15.) For good cause shown, the Motion is **GRANTED**. It is further **ORDERED** that:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $6,127.50.

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

s/ *Chelsey M. Vascura*
**CHELSEY M. VASCURA**
**UNITED STATES MAGISTRATE JUDGE**